# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOUG LONGHINI,**

      **Plaintiff,**

**v.**                                                          **Case No: 6:17-cv-986-Orl-31GJK**

**JEBAILEY AND SONS, INC. and**
**TROPICO MOFONGO LATIN FOOD,**
**INC.,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF, DOUG LONGHINI'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, TROPICO MOFONGO LATIN FOOD, INC. (Doc. No. 42)** |
| **FILED:** | **January 24, 2018** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

On August 29, 2017, Doug Longhini filed an amended complaint against Jebailey and Sons, Inc. ("Jebailey") and Tropico Mofongo Latin Food, Inc. ("Tropico Mofongo"), alleging one count against both Jebailey and Tropico Mofongo for violations of the Americans with Disabilities Act (the "ADA"). Doc. No. 23. Longhini alleges that Jebailey owns and operates a shopping plaza in which Tropico Mofongo owns and operates a restaurant. *Id.* at ¶¶ 5-8. Plaintiff asserts that Jebailey and Tropico Mofongo discriminated, continue to discriminate, and pose an immediate threat to and against Longhini "and other similarly situated mobility-impaired individuals, in

violation of the ADA by failing, *inter alia*, to have accessible facilities by January 26, 1992 . . . ." *Id.* at ¶ 23. In the Wherefore clause, Plaintiff asks the Court to award it the same relief against both Jebailey and Tropico Mofongo. *Id.* at 10-11. On January 16, 2018, Jebailey filed an Answer and Affirmative Defenses. Doc. No. 41. Jebailey's affirmative defenses include, among others, that Longhini lacks standing, that Longhini failed to provide Jebailey and Tropico Mofongo with notice and an opportunity to cure, and that Longhini has not alleged and cannot show that future harm is imminent and irreparable. *Id.* at 5.

Despite being served with the summons and a copy of the amended complaint on September 27, 2017, Tropico Mofongo has not filed a response to the Complaint. Doc. No. 31. On December 15, 2017, Plaintiff filed a motion for Clerk's entry of default against Tropico Mofongo. Doc. No. 34. On December 18, 2017, default was entered against Tropico Mofongo. Doc. No. 36. On January 24, 2018, Longhini filed a motion for default final judgment against Tropico Mofongo (the "Motion"). Doc. No. 42.

A default judgment entered against Tropico Mofongo could result in an inconsistent judgment if Jebailey prevails. *See Nationwide Mut. Fire Ins. Co. v. Creation's Own Corp., et al.*, No. 6:11-cv-1054-Orl-28DAB, 2011 WL 6752561, at *5 (M.D. Fla. Nov. 16, 2011) (citing *Frow v. De La Vega*, 82 U.S. 552 (1872)).

> [I]f the plaintiff prevails against the nondefaulting defendants, he is entitled to judgment against both the defaulting and nondefaulting defendants, but if the nondefaulting party prevails against the plaintiff, in most cases, that judgment will accrue to the benefit of the defaulting defendant, unless that defense is personal to that defendant.

*Id*. The purpose behind not entering a default judgment against a defendant when a co-defendant has appeared is the prohibition against logically inconsistent judgments. *See Frow*, 82 U.S. at 554. "This district has followed *Frow* and has been sensitive to the risk of inconsistent judgments."

- 3 -

*Creation's Own Corp.*, 2011 WL 6752561, at *6 (M.D. Fla. Nov. 16, 2011). As Longhini asserts common allegations and requests the same relief against both Jebailey and Tropico Mofongo in the Amended Complaint, and Jebailey raises defenses that would also preclude Longhini from receiving relief from Tropico Mofongo, a default judgment against Tropico Mofongo at this stage risks offending the prohibition against inconsistent judgments. Accordingly, the Motion must be denied.

It is **ORDERED** that the Motion (Doc. No. 42) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on January 31, 2018.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties